Yvette Huff, Respondent, v Anita L. Rodriguez, Formerly Known as Anita L. Rosario, et al., Appellants.

Submitted January 17, 2012; decided February 21, 2012

Reported below, 88 AD3d 1274.

Motion for leave to appeal denied with $100 costs and necessary reproduction disbursements. Motion for a stay dismissed as academic.

John Hollings, Inc., Appellant, v Nick & Duke, LLC, et al., Respondents, et al., Defendants.

Submitted January 23, 2012; decided February 21, 2012

Reported below, 83 AD3d 444; 2011 NY Slip Op 90384(U).

Motion, insofar as it seeks leave to appeal from that portion of the November 2011 Appellate Division order denying appellant's motion for reargument/renewal or, in the alternative, leave to appeal to the Court of Appeals, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.